**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION

Case No. 9:26-cv-80879

JUSTIN ANGIOLILLO, on behalf of
himself and all others similarly situated,

Plaintiff(s),

v.

HG SEALOFTS, LLC,

Defendant.
_______________________________________/

**DEFENDANT'S NOTICE OF FILING STATE COURT DOCUMENTS**
**AND EXHIBITS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant HG Sealofts, LLC ("Defendant") hereby files the following state court documents and supporting materials as Exhibits 1 through 4, in support of Defendant's Notice of Removal [D.E. 1], filed on July 24, 2026.

- **Exhibit 1:** copies of all process, pleadings, and orders served upon Defendant in the State Court Action**.**
- **Exhibit 2**: Property Summary for 600 Sealofts Drive, Boynton Beach, Florida, obtained from the Palm Beach County Property Appraiser's Office website on July 22, 2026 (https://pbcpao.gov/Property/Details?parcelId=08434520360010000).
- **Exhibit 3:** 2026 Foreign Limited Liability Company Annual Report of HG Sealofts, LLC, filed with the Florida Secretary of State's Division of Corporations on April 6, 2026.
- **Exhibit 4**, 2026 Foreign Limited Liability Company Annual Report of Harbor Group Management Co., LLC, filed with the Florida Secretary of State's Division of Corporations on March 2, 2026.

Respectfully submitted this 27th day of July, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Jordan D. Utanski*
JORDAN D. UTANSKI | Bar No. 119432
jutanski@grsm.com
PETER G. SIACHOS (*Pro Hac Vice* pending)
psiachos@grsm.com
100 SE Second Street, Suite 3900
Miami, Florida 33131
Phone: (305) 428-5300
Facsimile: (202) 800-2999

*Counsel for Defendant HG Sealofts, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served upon all parties and counsel of record via CM/ECF filing system via email, including Plaintiff's Counsel, Matthew Peterson at mtp@lawsforconsumers.com.

*/s/ Jordan D. Utanski*
Jordan D. Utanski
Florida Bar No. 119432
jutanski@grsm.com